AMERICAN LITHOGRAPHIC CO. v. FEINBERG.

(Supreme Court, Appellate Term. January 8, 1909.)

SALES (§ 17*)—PRICE—PERSONS LIABLE.

    A purchaser of cigars stated that he wished to have certain labels put on them, and then went himself to a lithographic company and ordered the labels, and thereafter made a payment thereon to the company through the cigar dealer. *Held*, that the transaction imposed no liability on the cigar dealer for the unpaid price of the labels.

    [Ed. Note.—For other cases, see Sales, Cent. Dig. § 26; Dec. Dig. § 17.*]

Appeal from Municipal Court, Borough of Manhattan, Ninth District.

Action by the American Lithographic Company against Harry Feinberg for price of goods. From a judgment for plaintiff, defendant appeals. Reversed, and new trial ordered.

Argued before GILDERSLEEVE, P. J., and BISCHOFF and GUY, JJ.

Harry Greenberg, for appellant.
James S. Lehmaier, for respondent.

PER CURIAM. The evidence shows that one Newberg ordered cigars from defendant and stated he wished to have certain labels put on them, that Newberg went himself to plaintiff and ordered the labels, and that a certain payment on account was made by Newberg to plaintiff, through defendant; but there is no proof that the latter ordered the labels, which were ordered by Newberg for himself. Newberg failed to take or pay for the labels, and plaintiff sued defendant and obtained judgment. It seems to us that the judgment is so clearly against the evidence that a new trial should be granted.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event.